```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ROCIO LOPEZ, ET AL.,**

          **Plaintiffs,**

-against-                                                                 21-cv-7300-ALC

**L'OREAL USA, INC.,**                                      <u>ORDER</u>

          **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Defendant's letter motion requesting a premotion conference regarding their anticipated motion to dismiss. Defendant's request for a premotion conference is **DENIED**. Defendant is hereby **GRANTED** leave to file a motion to dismiss. The Parties should adhere to the following briefing schedule:

    Motion to Dismiss:    December 14, 2021
    Opposition:    January 18, 2022
    Reply:    February 1, 2022

**SO ORDERED.**

**Dated:** **November 16, 2021**
      **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**