USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/18/2022

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCIO LOPEZ and RACHEL LUMBRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC.,<br><br>Defendant. | Case No. 1:21-cv-07300-ALC<br><br>[PROPOSED] ORDER RE MOTION TO DISMISS<br><br>Judge:     Andrew L. Carter, Jr.<br><br>Action Filed:  August 31, 2021 |

Based on the parties' stipulation, the Court orders the following:

1. Plaintiffs shall have until January 28, 2022, to file their opposition to L'Oréal's motion to dismiss.

2. L'Oréal shall have until February 11, 2022, to file its reply in support of its motion to dismiss.

Dated:  January 18, 2022

_____
The Hon. Andrew L. Carter, Jr.
U.S. District Judge

40831\14566816.1